JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRAE LANGDEN SMITH,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 5:25-cv-02404-KK-PVC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Kenly Kiya Kato<br>United States District Judge |

Upon consideration of the Stipulation for Dismissal (the "Stipulation"), and finding good cause therefor, IT IS ORDERED that the Stipulation for Dismissal is GRANTED, this action is hereby DISMISSED *with* prejudice. Each party to bear its own costs, fees, and expenses.

Dated: September 2, 2026

Honorable Kenly Kiya Kato
United States District Judge